## MOORE *v.* THE STATE.

FISH, P. J.    1. A wilful act, omission, or neglect, which causes unjustifiable physical pain, suffering, or death to a dog is a misdemeanor.    Penal Code, § 703 et seq. ; *Wilcox* v. *State,* 101 *Ga.* 563 ; *May* v. *State,* 120 *Ga.* 497.

2. The evidence warranted the verdict, and there was no error in refusing a new trial.          *Judgment affirmed.  · All the Justices concur.*

Submitted October 19, — Decided November 11, 1904.   ·

Accusation of cruelty to animals.    Before Judge Hodges.    City court of Macon.    September 10, 1904.

Moore was accused of wilfully shooting a dog, the property of Knight, whereby unjustifiable pain, suffering, and death were caused to the dog.    There was testimony for the State, that the dog was found dead in a sack, with a bullet wound in the shoulder and a cut in the throat.    The defense admitted the shooting, but denied the cutting ; and set up that the dog had been very mischievous and troublesome, sucking eggs, overturning slop, scratching at doors, etc., and that on the night of the shooting, after defendant had retired to bed, he was awakened by some one crying that a mad dog was in the yard, and thereupon he seized his gun, called out to the dog to scare it away, and, the dog not moving, he shot to frighten it away but accidentally hit it.    After verdict of guilty, a motion on the general grounds for a new trial was overruled, and the defendant excepted.

*Herman Brasch* and *R. S. Wimberly*, for plaintiff in error, cited 47 Am. R. 307; 15 L. R. A. 249, 251, 253; 40 L. R. A. 511, 514; 62 Am. D. 605; 49 Am. D. 260;. 32 Am. Dec. 673; 16 Am. R. 339; 81 Am. D. 175; 55 Ill. App. 74; 30 *Ga.* 325; 75. *Ga.* 444; Wood, Nuis. §§ 765–775.

*William Brunson, solicitor-general,* contra.